UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLIAM MOORE,<br><br>        Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | 1:05-cv-00775-AWI-SMS<br>and<br>1:05-cv-00848-OWW-SMS<br><br>**ORDER REQUIRING CLARIFICATION** |

    Plaintiff is proceeding with counsel in an action in which he seeks judicial review of a final decision of the Commissioner of Social Security denying his application for benefits.

    However, it appears to this Court that plaintiff has filed the exact same action twice, with two different case numbers, as set forth above.  Further, the Court's docket, and, specifically, documents 1 through 11, appear to be exactly the same in both cases as follows:

///

//

/

1

| Date Filed | Doc. # | Docket Text (abbreviated) |
|---|---|---|
| 6/13/05 | 1 | Proposed Motion to Proceed IFP |
| 6/13/05 | 2 | Civil Cover Sheet |
| 6/13/05 | 3 | Complaint |
| 6/13/05 | 4 | Amended Document. Civil Cover Sheet |
| 6/13/05 | 5 | First Amended Motion to Proceed IFP |
| 6/13/05 | 6 | Decline to Proceed before US Magistrate |
| 6/13/05 | 7 | Notice. Summons to Attorney General |
| 6/13/05 | 8 | Notice. Summons to General Counsel |
| 6/13/05 | 9 | Notice. Summons to U.S. Attorney |
| 6/13/05 | ○ | Application to Proceed IFP filed |
| 6/15 & 6/29 | 10 | Order granting IFP |
| 6/15 & 6/29 | 11 | Summons Issued |

In 1:05-cv-00775-AWI-SMS, the following are the only documents not contained in 1:05-cv-00848-OWW-SMS:

| 06/15/05 | 12 | Scheduling Order |
|---|---|---|
| 06/21/05 | 13 | Certificate of Service |

Therefore, plaintiff is ORDERED to respond hereto, **OR** simply take action in response hereto, within **ten (10) days** from the date of service of this Order.

IT IS SO ORDERED.

**Dated:   July 6, 2005**          _____/s/ Sandra M. Snyder_____
icido3                                   UNITED STATES MAGISTRATE JUDGE

2