UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLIAM MOORE,<br><br>        Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | 1:05-cv-00848-OWW-SMS<br><br>**ORDER DEEMING PLAINTIFF'S RESPONSE TO ORDER REQUIRING CLARIFICATION TO ALSO BE A REQUEST FOR VOLUNTARY DISMISSAL OF ACTION**<br>(Doc. 13)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL**<br><br>**ORDER DISMISSING ACTION**<br><br>**ORDER DIRECTING CLERK TO CLOSE FILE** |

On July 6, 2005, the Court issued an Order Requiring Clarification (Doc. 12), and ordered plaintiff to respond [in writing] OR simply take action in response thereto.

On July 15, 2005, plaintiff filed a Response to Order Requiring Clarification (Doc. 13). Therein, on page 2, lines 7-9, plaintiff also states that: "It is clear that a second case was generated in error. However, it is not understood how or why, therefore, it is hereby requested that case number...05-CV-00848-OWW-SMS be dismissed."

1

1    Therefore, the Court hereby DEEMS plaintiff's Response to
2  Order Requiring Clarification to also be a request for voluntary
3  dismissal of this [duplicate] action pursuant to Fed. R. Civ. P.
4  41(a)(1).
5    It is hereby ORDERED that:
6    1.   Plaintiff's request for voluntary dismissal is hereby
7  GRANTED;
8    2.   This action is DISMISSED; and,
9    3.   The Clerk of Court CLOSE 1:05-cv-00848-OWW-SMS.

11 IT IS SO ORDERED.
12 **Dated:   August 8, 2005**            **/s/ Sandra M. Snyder**
   icido3                          UNITED STATES MAGISTRATE JUDGE